UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID WYNN MILLER, et al,<br><br>              Plaintiff,<br>    v.<br><br>ALLIANCE BANKCORP, et al,<br><br>              Defendants. | Case No.: C 12-4113 PSG<br><br>**ORDER REASSIGNING CASE TO A U.S. DISTRICT JUDGE; REPORT AND RECOMMENDATION**<br><br>**(Re: Docket No. 4)** |

On October 16, 2012, the parties failed to appear for a case management conference. As a result, the court issued an order requiring Plaintiffs David Wynn Miller, et al, ("Plaintiffs") to show cause as to why the case should not be dismissed for failure to prosecute.[1] Plaintiffs were required to respond by November 16, 2012. To date, no response has been filed. Plaintiffs have not consented to jurisdiction by a magistrate judge.

Accordingly, the above-captioned action shall be reassigned to a U.S. District Judge with a report and recommendation that the case be dismissed for failure to prosecute.

---

[1] *See* Docket No. 4.

1

Case No.: 12-4113 PSG
ORDER

IT IS SO ORDERED.

Dated: January 24, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 12-4113 PSG
ORDER

2